**Order entered August 4, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01616-CV

## LONE STAR ENGINE INSTALLATION CENTER, INC., ET AL., Appellants

### V.

## BRENDA GONZALES, ET AL., Appellees

### On Appeal from the 191st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-11-15035

## ORDER

We **REINSTATE** this appeal.

In an order dated June 23, 2015, we ordered the Honorable Gena Slaughter, Judge of the 191st Judicial District Court, to make findings of fact and conclusions of law. On July 30, 2015, we received a supplemental clerk's record containing the trial court's findings of fact and conclusions of law.

We **DENY** as moot appellants' July 22, 2015 motion to request this Court to order the trial court to comply with the June 23, 2015 order.

Appellants' brief is due **THIRTY DAYS** from the date of this order.

/s/     ELIZABETH LANG-MIERS
JUSTICE